THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT W. GOELET, Appellant, against WILLIAM S. MILLER et al., Constituting the Board of Taxes and Assessments of the City of New York, Respondents. [81st St. and East End Ave., 82nd St. and East End Ave., Borough of Manhattan.] — Order affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Wasservogel, JJ.; Cohn and Callahan, JJ., dissent.

GEORGE J. GILLIG et al., Respondents,. v. ALDRICH J. KREPELA, Appellant, et al., Defendants.— Order affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Wasservogel, JJ.; Dore, J. I dissent and vote to reverse the order appealed from and deny plaintiffs' motion for summary judgment. There are issues of fact to be tried including the issue of the intention of the parties to the several assignments or leases made after the original lessee was out of possession. The action should not be disposed of on affidavits but should await trial.

BETTY K. O. GOODMAN, Appellant, v. NATHAN M. GOODMAN, Respondent.— Order unanimously affirmed. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Wasservogel, JJ.